IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 12-473 |
| | : | |
| ENOCH SMITH, | : | |
|     a/k/a "DREES" | : | |
|     a/k/a "IDRIS" | : | |

## JUDGMENT AND FINAL ORDER OF FORFEITURE

WHEREAS, on November 21, 2014, this Court entered a Judgment and Preliminary Order of Forfeiture forfeiting the defendant's interest in the property described below.

AND WHEREAS, pursuant to Rule G(4) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Judgment and Preliminary Order of Forfeiture was placed on an official government internet site for 30 consecutive days commencing on December 17, 2014 and ending on January 15, 2015.

AND WHEREAS, no third party has petitioned the Court for a hearing to adjudicate the validity of any alleged interest in the property named in the Judgment and Preliminary Order of Forfeiture.

AND WHEREAS, the Court finds based upon the evidence presented at trial, that the defendant had an interest in the property named in the Judgment and Preliminary Order of Forfeiture that is subject to forfeiture pursuant to 18 U.S.C. §§ 2253 and 1594.

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

    1.    All right, title and interest of all persons, their heirs and assigns, in the property listed in the Judgment and Preliminary Order of Forfeiture entered by this Court on

November 21, 2014, and described below, is hereby fully and finally forfeited to the United States of America pursuant to 21 U.S.C. § 853(n)(7):

      a.    **one Compaq laptop computer with serial no. CNF0226L6L, containing one Seagate hard drive with serial no. 6VC5857X.**

      2.    All right, title and interest of all persons, their heirs and assigns in the property listed in the Judgment and Preliminary Order of Forfeiture entered by this Court on November 21, 2014, and described above, is hereby vested in the United States of America.

      3.    The United States Marshals Service shall dispose of the forfeited property in accordance with the law and the rules of this Court.

ORDERED this *17th* day of *DECEMBER*, 2015.

_____
**HONORABLE JOEL H. SLOMSKY**
*United States District Court Judge*